ANNE MILLIGAN, OSB #111615
Deputy City Attorney
anne.milligan@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| ADAM RAWLINS,<br><br>    Plaintiff,<br><br>v.<br><br>JERRY MUNSON, JAMES POPE and the CITY OF PORTLAND,<br><br>    Defendants. | 3:18-cv-01790<br><br>REMOVAL NOTICE |

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

Removing party, Defendant City of Portland, by its undersigned attorney, respectfully shows this Court:

1. The removing party, City of Portland, is a defendant in the above-entitled action.

2. On August 31, 2018, the above-entitled action was commenced against the City of Portland in the Circuit Court of the State of Oregon for the County of Multnomah and is now pending in such court, with the court number 18CV38497.

3. On September 10, 2018, a copy of the Summons and Complaint in the above-entitled state action was served upon the Portland City Attorney at the Offices of the City Attorney in Portland, Oregon.

Page 1 – REMOVAL NOTICE

4. On September 27, 2018, a copy of Plaintiff's First Amended Complaint was filed in the Circuit Court of the State of Oregon for the County of Multnomah.

5. No Proof of Service has been filed for individual Defendants Munson and Pope.

6. No further proceedings have been had in this action in state court.

7. This notice of removal is filed within 30 days after service of process.

8. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §§ 1331 and 1343 because it is a suit for damages on account of an alleged violation of plaintiff's rights, privileges and immunities secured by the Constitution and laws of the United States. This action is removable under 28 U.S.C. § 1441(a) and (b).

9. Copies of the Complaint, First Amended Complaint, and Summons served on Defendant City of Portland are attached to this Notice.

10. On the date set forth below, a copy of this notice was served on Plaintiff's attorney. On the same date, a copy of this notice was filed with the clerk of the Multnomah County Circuit Court in which the action was commenced.

WHEREFORE, the City of Portland requests that the above-entitled action be removed from the Circuit Court of the State of Oregon for the County of Multnomah to the United States District Court for the District of Oregon.

Dated: October 9, 2018

Anne Milligan, OSB #111615
Deputy City Attorney
Telephone: (503) 823-4047
*Of Attorneys for Defendant City of Portland*

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing REMOVAL NOTICE on the following parties by the method indicated:

| | |
|---|---|
| Benjamin Rosenthal<br>1023 SW Yamhill St., Suite 200<br>Portland, OR  97205<br>*Of Attorneys for Plaintiff* | ☐ **Electronic service** - UTCR 21.100 (1)(a)<br>☒ **Mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service.<br>☐ **Hand delivery**  ☐ **Facsimile transmission**<br>☒ Courtesy copy via **Email** |

Dated:  October 9, 2018

_____
ANNE MILLIGAN, OSB #111615
Deputy City Attorney
anne.milligan@portlandoregon.gov
Fax: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

Page  1  –  REMOVAL NOTICE